OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 DEC. 15. 2015

12/11/2015

ARMSTRONG, TRISTAN OMARR   Tr. Ct. No. 2013CR5695

COA No. 01-14-00560-CR

PD-1575-15

The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

TRISTAN OMARR ARMSTRONG
514 WEST LINDBERGH BLVD.
UNIVERSAL CITY, TX  78148

FWD

JMAGN3B 78148